UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division
**Case Number: 15-21641-MARTINEZ-WHITE**

TODD MCDUFFIE,
    Movant,
vs.

UNITED STATES OF AMERICA,
    Respondent.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE WHITE'S REPORT AND RECOMMENDATION

THE MATTER was referred to the Honorable Patrick A. White, United States Magistrate Judge, for a Report and Recommendation on Movant's motion to vacate his sentence, filed pursuant to 28 U.S.C. § 2255. Judge White filed a Report and Recommendation [ECF No. 9], recommending that the motion be denied and that no certificate of appealability issue. The Court has reviewed the entire file and record and notes that no objections to the Magistrate Judge's Report and Recommendation have been filed. After careful consideration, the Court affirms and adopts the Report and Recommendation. Accordingly, it is hereby **ADJUDGED** that United States Magistrate Judge White's Report and Recommendation [ECF No. 9] is **AFFIRMED** and **ADOPTED**. Accordingly, it is:

**ADJUDGED** that Movant's motion to vacate his sentence is **DENIED**. No certificate of appealability shall issue. This case is **CLOSED**, and any pending motions are **DENIED AS MOOT**. A final judgment shall be entered by separate order.

DONE AND ORDERED in Chambers at Miami, Florida, this 28 day of April, 2016.

                JOSE E. MARTINEZ
                UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge White
All Counsel of Record
Todd McDuffie, #00293-104